JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JOHN SMIT,<br><br>    Petitioner,<br><br>    v.<br><br>J. LIZARRAGA, Warden,<br><br>    Respondent. | NO. EDCV 16-233-RSWL (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus, including the proposed First Amended Petition, is denied on the merits and dismissed with prejudice.

DATED: October 09, 2019      /s/ RONALD S.W. LEW
                                                                 RONALD S.W. LEW
                                                                  United States District Judge